UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>   Plaintiff,<br><br>   v.<br><br>GREG B. HERRERA, et al.,<br><br>   Defendants. | Case No. 21-cv-02260-WHO<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 34 |

Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is dismissed **with** prejudice. The Clerk shall close the case.

Dated: October 14, 2021

_____
WILLIAM H. ORRICK
United States District Judge